*Transferred/JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In RE: Avon Anti-Aging Skincare Creams and Products Marketing and Sales Practices Litigation | Case No.:  CV 12-9084-GW(JCx) <br><br> **ORDER TRANSFERRING CONSOLIDATED CLASS ACTION TO SOUTHERN DISTRICT OF NEW YORK AND EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** <br><br> District Judge:   Hon. George H Wu <br> Magistrate Judge:   Hon. Jacqueline Chooljian <br><br> Case Filed:   Oct. 23, 2012 <br> Trial Date:   None Set |
|---|---|

# ORDER

The Court, having reviewed the Joint Stipulation Transferring Consolidated Class Action to Southern District of New York and Extending Defendant's Time to Respond to the Complaint, and finding good cause appearing therein, hereby orders as follows:

The above-captioned matter is transferred to the Southern District of New York, pursuant to 28 U.S.C. § 1404, to join the action styled as *Jade Barrett v. Avon Products, Inc.*, Case No. 13-cv-0150 (S.D.N.Y.) pending before Hon. J. Paul Oetken.

Defendant's response to the Plaintiffs' Consolidated Complaint, which would otherwise be due on February 25, 2013, will now be due 30 days after the earlier of (1) Plaintiffs' filing of a further consolidated complaint; or (2) Plaintiffs' notice to Defendant that they do not intend to file a further consolidated complaint.

IT IS SO ORDERED.

Dated: February 28, 2013

_____
United States District Judge

Hon. George H Wu